**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/1/2022_____

**RUGAMBA**,

                            Plaintiff,

              -against-

**JADDOU, et al.**,

                          Defendants.

22-CV-1644 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge**:

Plaintiff filed a request for a temporary restraining order at ECF No. 3. Because there is no request for a preliminary injunction, the Court construes this request as solely seeking a temporary restraining order. The request fails to meet the requisite standards under Rule 65 of the Federal Rules of Civil Procedure. The motion is denied.

**SO ORDERED.**

Dated:   March 1, 2022
         New York, New York

_____
          ANDREW L. CARTER, JR.
          United States District Judge